# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS, <br><br> Plaintiff, <br><br> v. <br><br> WEST SHAW PARTNERS, LLC, a California limited liability company; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 1:21-cv-00812-NONE-HBK <br><br> VOLUNTARY DISMISSAL WITH PREJUDICE UNDER FED. R. CIV. P. 41 <br><br> (Doc. No. 7) |

Plaintiff filed a Notice of Voluntary Dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i) on July 15, 2021. (Doc. No. 7 at 1). Plaintiff advises he is dismissing this case with prejudice with each party to bear their own costs and expenses. (*Id.*). No answer or motion for summary judgment has been filed. (*See* docket).

Accordingly, the Clerk of Court shall assign this case to district judge, terminate all pending motions and deadlines, and CLOSE this action to reflect Plaintiff's voluntary dismissal of this action with prejudice pursuant to Rule 41(a)(1)(A)(i).

Dated: July 16, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE